# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **ADAM LEE WILLIAMS, et al.,** ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:09-CV-509 |
| ) | (Phillips) |
| **WAL-MART STORES EAST, L.P.,** ) | |
| Defendant. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendant Wal-Mart Stores East, L.P. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiffs take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendant Wal-Mart Stores East, L.P., recover of the plaintiff Adam Lee Williams its costs of action.

The final pretrial conference scheduled for October 4, 2011 and the trial scheduled for October 11, 2011 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of May, 2011.

                                                    s/ Patricia L. McNutt
                                                  Clerk of Court